Richard J. Reynolds (SBN 11864)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363   Fax: 949.863.3350

Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@klnevada.com
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800   Fax: 702.362.9472

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC and
TRINITY RECOVERY SERVICES, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY FINANCIAL SERVICES, LLC, AND TRINITY RECOVERY SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-01754-RFB-GWF<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY BRIEFS RE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Rodney Mott ("Plaintiff") and Defendants Trinity Financial Services, LLC and Trinity Recovery Services, LLC (the "Trinity Defendants"), by and through their counsel of record (collectively the "Parties"), hereby request the Court to extend the response and reply briefing deadlines in connection with Plaintiff's Motion For Leave To File First Amended Complaint (Doc. No. 8). The Parties state that:

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-0159-3681 v1   - 1 -   JOINT MOTION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY BRIEFS RE PLAINTIFF'S MOTION FOR LEAVE

1. On September 18, 2017, Plaintiff filed a Motion For Leave To File First Amended Complaint (Doc. No. 8).

2. The Parties now stipulate and agree to extend the Trinity Defendants' deadline to file their Response to the Motion from October 2, 2017 to October 16, 2017.

3. The Parties further stipulate and agree to extend Plaintiff's deadline to file his Reply in support of his Motion to October 30, 2017.

4. The extensions will allow the Parties the time necessary to fully analyze and brief the issues found in the Motion and anticipated Response to the Motion.

8. This is the Parties' first request for an extension of these deadlines.

IT IS SO STIPLATED.

Dated: September 29, 2017

KNEPPER & CLARK, LLP

By: /s/ *Miles Clark*
Miles Clark
Matthew Knepper
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Attorneys for Plaintiff
Rodney Mott

Dated: September 29, 2017

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Richard J. Reynolds*
Richard J. Reynolds
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

Michael R. Brooks
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Law Vegas, NV 89145

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC
and TRINITY RECOVERY SERVICES, LLC

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of September, 2017.

# ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT/COURT/
MAGISTRATE JUDGE

Dated: _____, 2017

Respectfully submitted by:

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Richard J. Reynolds*
    Richard J. Reynolds
    1851 East First Street, Suite 1550
    Santa Ana, CA 92705-4067

    Michael R. Brooks
    KOLESAR & LEATHAM
    400 S. Rampart Blvd., Suite 400
    Law Vegas, NV 89145

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC
and TRINITY RECOVERY SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4849-0159-3681 v1

- 3 -

JOINT MOTION AND ORDER TO EXTEND
DEADLINES FOR RESPONSE AND REPLY
BRIEFS RE PLAINTIFF'S MOTION FOR LEAVE

# CERTIFICATE OF SERVICE

Pursuant to L.R., Part II, 5-4, I certify that I am an employee of BURKE, WILLIAMS & SORENSEN, LLP, and that on October 2, 2017, I caused to be served a true copy of the **JOINT MOTION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY BRIEFS RE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** addressed to all parties and counsel as identified on the Court-generated Notice of Electronic Filing; all counsel being registered to receive CM/ECF Electronic Filing as follows:

- **Matthew I. Knepper** - matthew.knepper@knepperclark.com, efiling@knepperclark.com
- **Miles N. Clark** - miles.clark@knepperclark.com, efiling@knepperclark.com
- **David H. Krieger** - dkrieger@hainesandkrieger.com, ghaines@hainesandkrieger.com, igotnotices@hainesandkrieger.com, rachel@hainesandkrieger.com
- **Michael R Brooks** - mbrooks@klnevada.com
- **Richard J. Reynolds** - rreynolds@bwslaw.com, fcabezas@bwslaw.com, psoeffner@bwslaw.com, rjr-nef@bwslaw.com, tmims@bwslaw.com

*Barbara W. Jeong*
Barbara W. Jeong

IRV #4842-4058-3755 v1