Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY MOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>TRINITY FINANCIAL SERVICES, LLC; and TRINITY RECOVERY SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-01754-RFB-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff and Defendants Trinity Financial Services, LLC and Trinity Recovery Services, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the discovery deadline by sixty (60) days. At this time, the parties are not seeking an extension of any other

STIPULATION FOR EXTENSION OF TIME(FIRST REQUEST) - 1

discovery deadlines but reserve the right to request in the future depending on adjudication of Plaintiff's Motion for Leave to Amend, ECF Dkt. 8. In support of this Stipulation and Request, the parties state as follows:

## I. **DISCOVERY COMPLETED TO DATE**

1. Plaintiff filed the instant complaint on June 26, 2017. ECF Dkt. 1.

2. On August 4, 2017, Defendants filed their answers. ECF Dkt. 4, 5.

3. On September 15, 2018, Plaintiff served his Initial Disclosures.

4. On September 18, 2017, Plaintiff moved for leave to amend his complaint. ECF Dkt. 8.

5. On September 28, 2017, the Court granted the parties' stipulated protective order. ECF Dkt. 11.

6. On October 10, 2017, the Court granted the parties' stipulated discovery plan and scheduling order. ECF Dkt. 17.

7. On October 13, 2017, Plaintiff propounded his First Set of Requests for Production and Interrogatories on Defendants.

8. On November 17, 2017, Defendants responded to Plaintiff's First Set of Requests for Production and Interrogatories.

9. On December 9, 2017, Plaintiff served his First Supplemental Disclosures.

10. On December 12, 2017, the parties conducted a Rule 26-7 conference regarding Defendants' responses to Plaintiff's First Set of Requests for Production and Interrogatories.

11. On January 25, 2018, Defendants provided their First Supplemental Responses to Plaintiff's First Set of Requests for Production and Interrogatories.

12. On February 9, 2018, the parties submitted an interim status report. ECF Dkt. 22.

13. On March 20, 2018, Plaintiff propounded his Second Amended Notes of Deposition on Defendants, setting the date of the depositions of both defendants for April 9,

STIPULATION FOR EXTENSION OF TIME(FIRST REQUEST) - 2

2018.

14. On March 22, 2018, Plaintiff served his Second Supplemental Disclosures.

**B.** **Specific Description of Discovery that Remains to be Completed**

1. The depositions of Defendants;
2. Depositions and discovery to any third party witnesses; and,
3. Any necessary additional written discovery.

**C.** **Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1, that good cause and excusable neglect exists for the requested extension. Plaintiff propounded his notices of deposition timely on March 20, 2018, setting the depositions of Defendants for April 9, 2018; however, he was informed shortly thereafter that opposing counsel will be out of the country from April 6-20, making it impossible to take the depositions prior to the current discovery cutoff. Plaintiff only became aware of this fact after propounding the deposition notices. The parties have acted expeditiously to remedy this unexpected scheduling issue, and are working in good faith to arrange deposition dates, with depositions to occur likely in late April or early May.

In order to facilitate the orderly process of taking Defendants' depositions, the parties request a sixty (60) day extension of the discovery deadline. This is their first request to extend any of the case deadlines.

//
//
//
//
//
//
//

STIPULATION FOR EXTENSION OF TIME(FIRST REQUEST) - 3

### D. Proposed Discovery Deadlines

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | April 11, 2018 | ~~May 11, 2018~~ June 11, 2018 |
| Deadline to Amend Pleadings | January 11, 2018 | Same |
| Deadline to Disclose Initial Experts | February 12, 2018 | Same |
| Deadline to Disclose Rebuttal Experts | March 14, 2018 | Same |
| Dispositive Motions | May 11, 2018 | ~~June 11, 2018[1]~~ July 11, 2018 |
| Pre-Trial Order | June 11, 2018 (or 30 days after dispositive motions are adjudicated)[2] | ~~July 11, 2018~~ August 13, 2018 (or 30 days after dispositive motions are adjudicated) |

**IT IS SO STIPULATED.**

Dated March 26, 2018

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Michael R. Brooks* |
| Matthew I. Knepper, Esq. | Michael R. Brooks, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 7287 |
| Miles N. Clark, Esq. | KOLESAR & LEATHAM |
| Nevada Bar No. 13848 | 400 S. Rampart Boulevard, Suite 400 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: mbrooks@klnevada.com |
| Email: miles.clark@knepperclark.com | |
| | Richard J. Reynolds, Esq. |
| David H. Krieger, Esq. | BURKE, WILLIAMS & SORENSEN, LLP |
| Nevada Bar No. 9086 | 1851 East First Street, Suite 1550 |
| HAINES & KRIEGER, LLC | Santa Ana, CA 92705, CA 92705 |
| Email: dkrieger@hainesandkrieger.com | Email: rreynolds@bwslaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | *Trinity Financial Services, LLC and Trinity Recovery Services, LLC* |

**ORDER**
**IT IS SO ORDERED.**

Dated: March 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] June 10, 2018 is a Sunday.
[2] June 10, 2018 is a Sunday.

STIPULATION FOR EXTENSION OF TIME(FIRST REQUEST) - 4

C:\USERS\CERAN-A\DOCUMENTS\STIPULATION FOR EXTENSION OF TIME FIRST REQUEST.DOCX