
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRINITY FINANCIAL SERVICES, LLC; and TRINITY RECOVERY SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01754-RFB-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(SECOND REQUEST)** |

　　　Pursuant to LR 6-1 and LR 26-4, Plaintiff and Defendants Trinity Financial Services, LLC and Trinity Recovery Services, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the discovery deadline by thirty (30) days. At this time, the parties are not seeking an extension of any other

STIPULATION FOR EXTENSION OF TIME(SECOND REQUEST) - 1

C:\USERS\CERAN-A\DOCUMENTS\STIPULATION FOR EXTENSION OF TIME FIRST REQUEST.DOCX

discovery deadlines but reserve the right to request in the future depending on adjudication of Plaintiff's Motion for Leave to Amend, ECF Dkt. 8.  In support of this Stipulation and Request, the parties state as follows:

I. **DISCOVERY COMPLETED TO DATE**

1. Plaintiff filed the instant complaint on June 26, 2017.  ECF Dkt. 1.

2. On August 4, 2017, Defendants filed their answers.  ECF Dkt. 4, 5.

3. On September 15, 2018, Plaintiff served his Initial Disclosures.

4. On September 18, 2017, Plaintiff moved for leave to amend his complaint.  ECF Dkt. 8.

5. On September 28, 2017, the Court granted the parties' stipulated protective order. ECF Dkt. 11.

6. On October 10, 2017, the Court granted the parties' stipulated discovery plan and scheduling order.  ECF Dkt. 17.

7. On October 13, 2017, Plaintiff propounded his First Set of Requests for Production and Interrogatories on Defendants.

8. On November 17, 2017, Defendants responded to Plaintiff's First Set of Requests for Production and Interrogatories.

9. On December 9, 2017, Plaintiff served his First Supplemental Disclosures.

10. On December 12, 2017, the parties conducted a Rule 26-7 conference regarding Defendants' responses to Plaintiff's First Set of Requests for Production and Interrogatories.

11. On January 25, 2018, Defendants provided their First Supplemental Responses to Plaintiff's First Set of Requests for Production and Interrogatories.

12. On February 9, 2018, the parties submitted an interim status report.  ECF Dkt. 22.

13. On March 20, 2018, Plaintiff propounded his Notice of Deposition on Defendants, setting the date of the depositions of both defendants for April 9, 2018.

STIPULATION FOR EXTENSION OF TIME(SECOND REQUEST) - 2

C:\USERS\CERAN-A\DOCUMENTS\STIPULATION FOR EXTENSION OF TIME FIRST REQUEST.DOCX

14.     On March 22, 2018, Plaintiff served his Second Supplemental Disclosures.

15.     On May 15, 2018, Plaintiff propounded his Second Notice of Deposition on Defendants, setting the date of the depositions of both defendants for June 4, 2018.

16.     On May 16, 2018, Plaintiff propounded deposition subpoenas and subpoenas for records on third parties Corelogic Credco, DBI Co-Investor Fund VII, LLC, Dreambuilder Investments, LLC, Land Home Financial Services, Ophrys, LLC, Stelis, LLC, Experian Information Solutions, Inc., and Trans Union, LLC.

**B.     Specific Description of Discovery that Remains to be Completed**

1.     The depositions of Defendants;

2.     Depositions and discovery to any third party witnesses; and,

3.     Any necessary additional written discovery.

**C.     Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1, that good cause and excusable neglect exists for the requested extension. Plaintiff has set the deposition of Defendants' person most knowledgeable for June 4, 2018. However, earlier this week the parties were advised that Defendants' representative will be recovering from a medical procedure in early June and likely will be unavailable to sit for his deposition on the chosen date and time. Prior to notification, the parties had no indication that Defendant's representative would not be in a position to sit for his deposition. A 30-day extension will permit Defendant's representative sufficient time to

//
//
//
//
//
//

STIPULATION FOR EXTENSION OF TIME(SECOND REQUEST) - 3

C:\USERS\CERAN-A\DOCUMENTS\STIPULATION FOR EXTENSION OF TIME FIRST REQUEST.DOCX

convalesce and to arrange the deposition for a date thereafter.

**D.     Proposed Discovery Deadlines**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | June 11, 2018 | July 11, 2018 |
| Deadline to Amend Pleadings | January 11, 2018 | Same |
| Deadline to Disclose Initial Experts | February 12, 2018 | Same |
| Deadline to Disclose Rebuttal Experts | March 14, 2018 | Same |
| Dispositive Motions | July 11, 2018 | August 10, 2018 |
| Pre-Trial Order | August 13, 2018 | September 10, 2018 (or 31 days after dispositive motions) |

**IT IS SO STIPULATED.**

Dated May 25, 2018

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Alan Ceran* |
| Matthew I. Knepper, Esq. | Alan Ceran, Esq. *pro hac vice* |
| Nevada Bar No. 12796 | BURKE, WILLIAMS & SORENSEN, LLP |
| Miles N. Clark, Esq. | 444 S. Flower St., Ste. 2400 |
| Nevada Bar No. 13848 | Los Angeles, CA 90071 |
| KNEPPER & CLARK LLC | Email: aceran@bwslaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | Richard J. Reynolds, Esq. |
| | BURKE, WILLIAMS & SORENSEN, LLP |
| David H. Krieger, Esq. | 1851 East First Street, Suite 1550 |
| Nevada Bar No. 9086 | Santa Ana, CA 92705, CA 92705 |
| HAINES & KRIEGER, LLC | Email: rreynolds@bwslaw.com |
| Email: dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | Michael R. Brooks, Esq. |
| | KOLESAR & LEATHAM |
| | 400 S. Rampart Boulevard, Suite 400 |
| | Las Vegas, NV 89145 |
| | Email: mbrooks@klnevada.com |
| | *Counsel for Defendants* |

**ORDER**
**IT IS SO ORDERED.**

Dated: 5-29-2018

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME(SECOND REQUEST) - 4

C:\USERS\CERAN-A\DOCUMENTS\STIPULATION FOR EXTENSION OF TIME FIRST REQUEST.DOCX