## EXHIBIT B-1

**Trinity Financial Services, LLC's Jan, 25, 2018 Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production**

1   Richard J. Reynolds (SBN 11864)
    E-mail:  rreynolds@bwslaw.com
2   Allan E. Ceran (admitted pro hac vice)
    E-mail:  aceran@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    1851 East First Street, Suite 1550
4   Santa Ana, CA  92705-4067
    Tel:  949.863.3363 Fax:  949.863.3350
5
    Michael R. Brooks, Esq.
6   Nevada Bar No. 7287
    E-mail:  mbrooks@klnevada.com
7   KOLESAR & LEATHAM
    400 S. Rampart Blvd., Suite 400
8   Las Vegas, NV  89145
    Tel:  702.362.7800 Fax:  702.362.9472
9
    Attorneys for Defendants
10  TRINITY FINANCIAL SERVICES, LLC
    and TRINITY RECOVERY SERVICES,
11  LLC

12                      UNITED STATES DISTRICT COURT

13                           DISTRICT OF NEVADA

14

15  RODNEY MOTT,                          Case No.  2:17-cv-01754-RFB-GWF

16              Plaintiff,                **SUPPLEMENTAL RESPONSES OF
                                          DEFENDANT TRINITY
17       v.                               FINANCIAL SERVICES, LLC TO
                                          PLAINTIFF RODNEY MOTT'S
18  TRINITY FINANCIAL SERVICES,           FIRST SET OF
    LLC, AND TRINITY RECOVERY             INTERROGATORIES AND FIRST
19  SERVICES, LLC,                        SET OF REQUESTS FOR
                                          PRODUCTION**
20              Defendants.

21

22

23  PROPOUNDING PARTY:        PLAINTIFF RODNEY MOTT

24  RESPONDING PARTY:         DEFENDANT TRINITY FINANCIAL

25                            SERVICES, LLC

26  SET NO.:                  ONE

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2          - 1 -        SUPPLEMENTAL RESPONSES TO FIRST
                                            SET OF INTERROGATORIES AND FIRST
                                            REQUESTS FOR PRODUCTION

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

Defendant Trinity Financial Services, LLC ("TFS") hereby provides supplemental responses to plaintiff Rodney Mott's ("Mott" or "Plaintiff") First Set of Interrogatories.

## PRELIMINARY STATEMENT

TFS is continuing its investigation of all of the facts relating to this action. TFS' responses to the First Set of Interrogatories propounded by Plaintiff are based upon the information currently available to TFS after a diligent inquiry and such responses should not be construed to necessarily reflect all facts or documents that relate to such Interrogatories. It is anticipated that further investigation, discovery, legal research, and analysis may supply additional facts, documents, or other things, add meaning to known facts, and establish entirely new factual conclusions and legal contentions, all of which may lead to subsequent additions or changes in and variations from the responses set forth herein. These responses are provided without prejudice to TFS' right to rely on other and further facts, documents, or things which it might discover or later understand to be responsive to the requests or upon which it might subsequently come to rely at the time of trial. TFS reserves the right to amend its responses. These responses therefore should not be deemed and do not constitute a waiver of TFS' right to rely on additional or different facts or information at trial.

TFS' responses herein are for the purpose of discovery only. The responses are not an admission or acceptance that any purported facts stated in the requests for production or definitions or instructions contained therein are accurate or true and no such admission of any nature whatsoever is implied or should be inferred. The qualifying language contained in this "Preliminary Statement" is hereby incorporated by reference into each of TFS' responses herein. TFS has responded to Plaintiff's First Set of Interrogatories as it interprets and understands each Interrogatory made therein. If Plaintiff subsequently asserts an interpretation of any

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2

- 2 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1    Interrogatory that differs from the understanding of Trinity, then TFS reserves the

2    right to supplement its objections and/or responses.

3           The following responses are made solely for the purpose of this action.  Each

4    response is subject to all objections as to competence, relevance, privilege,

5    materiality, propriety, admissibility, and any and all other objections and grounds

6    that would require the exclusion of any statement contained herein if such

7    information was testified to by a witness present in court.

8                                **GENERAL OBJECTIONS**

9           Each of the following general objections is incorporated by this reference

10   into TFS' responses to each request for production:

11          1.     TFS objects to each request to the extent it seeks pre- and post-

12   litigation documents protected by the attorney-client privilege, work product

13   doctrine, litigation privilege, or federal or state rights of privacy.  Plaintiff is not

14   entitled to post-litigation documents or any other privileged attorney-client and/or

15   work product materials.  TFS also objects to each request to the extent it seeks

16   confidential and proprietary business or trade secret information, or information

17   protected by any other privilege or protection.

18          2.     TFS objects to each request and to each definition in the request to the

19   extent it seeks or requires responses that are neither relevant to the claims or

20   defenses of this action nor proportional to the needs of the case and to each

21   instruction to the extent that it purports to supplement what is required by the Rule

22   33 of the Federal Rules of Civil Procedure.

23          3.     TFS objects to each request to the extent that the information sought

24   by Plaintiff are not in the possession of TFS and are equally available to Plaintiff

25   through less obtrusive means.

26          4.     TFS objects to each request to the extent that the information sought

27   by Plaintiff is not relevant to the subject matter of the litigation.

28          5.     Discovery and investigation are ongoing.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2                          - 3 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 5:**

Please identify all communications between You and Trojan regarding Plaintiff from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

TFS objects to this interrogatory on the grounds that the term "identify all communications" is undefined and ambiguous.  Subject to these objections, TFS responds:  In addition to the RESPA letter, previously served, TFS will produce copies of the loan sales agreements with Stelis, LLC and Trojan.  The agreements will not redact the names of the parties to the agreements, but will redact the names of debtors (excepting Rodney Mott) whose loans were acquired.

**INTERROGATORY NO. 6:**

Please identify all communications between You and Plaintiff from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

TFS objects to this interrogatory on the grounds that the term "identify all communications" is undefined and ambiguous.  Subject to these objections, TFS responds:  In addition to the RESPA Goodbye Letter and Cease and Desist Letter, previously served, after a diligent search, TFS was unable to locate the specific letter notifying Mott that TFS would be procuring credit or sharing it with other entities.  However, TFS is producing the letter that it sends to its borrowers.

**INTERROGATORY NO. 8:**

Please identify all Consumer Reports You procured from CRAs related to the Plaintiff from January 1, 2015 to the present. For each Consumer Report identified, please specify (1) the date the Consumer Report was requested, (2) the name of the person who made the request, (3) the CRA from whom the Consumer Report was requested, (4) the permissible purpose (if any) You provided to the CRA to access the Consumer Report, (5) the date You received the Consumer Report, (6) the

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2

- 4 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1   amount paid to access the Consumer Report, if any, and (7) whether the Consumer

2   Report was intended for your use, or use by another entity, and if so, an

3   identification of the other entity who received the Consumer Report from You.

4   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

5        The credit reports pulled by TFS and previously served indicate the

6   approximate date that each Consumer Report was requested, the CRA from whom

7   the Consumer report was requested, and the approximate date that TFS received the

8   Consumer Report.  TFS does not know the name of the person[s] who made the

9   individual request[s].  The requests after August 2015 were made on behalf of and

10  at the request of Trojan; requests made before August 2015 were made on behalf of

11  and at the request of TFS.  Inasmuch as the credit reports regarding Mott were part

12  of a broader request for credit reports for a multitude of debtors, TFS is unable to

13  provide the amount it paid to access the Consumer Reports with respect to Mott.

14  With respect to Consumer Reports requested from Trans Union, the purpose of

15  requesting the reports before the purchase of the security interest was to evaluate

16  the individual asset that TFS was considering purchasing and, after the purchase of

17  the security interest, to continue monitoring the asset from time to time taking into

18  account TFS' ongoing security interest in the asset.  Discovery is continuing.  With

19  respect to Consumer Reports requested through Credco, the purpose of requesting

20  the reports was account review of existing portfolio and credit review prior to

21  acquisitions.

22  **INTERROGATORY NO. 10:**

23       Please identify all Consumer Reports You procured from Credco from

24  January 1, 2015 to the present.

25  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

26       TFS objects to this interrogatory on the grounds that the interrogatory is

27  overbroad, seeks private information, and seeks information that is not relevant to

28  the subject matter of this litigation and unlikely to lead to the discovery of

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2

- 5 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1  admissible evidence.  Subject to these objections, TFS responds: TFS has produced

2  all of the credit reports with respect to Mott that it are in its possession, custody, or

3  control.

4  **INTERROGATORY NO. 11:**

5  Please identify all operative written agreements between You and Trans

6  Union related to Your access of Consumer Reports from Trans Union, between

7  January 1, 2015 and the present, as well as any attachments or schedules which

8  identify the specific permissible purposes from which You may access consumer

9  reports from Trans Union. If the operative written agreement was executed prior to

10  January 1, 2015, please specify the same.

11  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

12  TFS objects to this interrogatory on the grounds that the interrogatory is

13  overbroad, seeks private information, and seeks information that is not relevant to

14  the subject matter of this litigation and unlikely to lead to the discovery of

15  admissible evidence.  Subject to these objections, TFS responds:  TFS is producing

16  its master agreement with Trans Union.  Discovery is continuing.

17  **INTERROGATORY NO. 12:**

18  Please identify all operative written agreements between You and Experian

19  related to Your access of Consumer Reports from Experian, between January 1,

20  2015 and the present, as well as any attachments or schedules which identify the

21  specific permissible purposes from which You may access consumer reports from

22  Trans Union. If the operative written agreement was executed prior to January 1,

23  2015, please specify the same.

24  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12:**

25  TFS objects to this interrogatory on the grounds that the interrogatory is

26  overbroad, seeks private information, and seeks information that is not relevant to

27  the subject matter of this litigation and unlikely to lead to the discovery of

28  admissible evidence.  Subject to these objections, TFS responds:  TFS does not

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2                    - 6 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1  have any responsive documents within its custody, possession, or control.

2  **INTERROGATORY NO. 13:**

3  Did any of the entities from whom You procured a Consumer Report not

4  require You to specify the permissible purpose for which You accessed a Consumer

5  Report each time You did so? If so, please identify these entities, as well as the

6  occasions on which You procured a Consumer Report without provided [sic] a

7  permissible purpose.

8  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

9  TFS objects to this interrogatory on the grounds that the interrogatory is

10  overbroad, seeks private information, and seeks information that is not relevant to

11  the subject matter of this litigation and unlikely to lead to the discovery of

12  admissible evidence.  With regard to Trans Union, the agreement between Trans

13  Union and TFS sets forth the permissible purposes contemplated by the agreement.

14  In addition, most of the Trans Union reports themselves indicate that the specified

15  purpose was "account review."  Discovery is continuing.

16  **SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION**

17  Defendant Trinity Financial Services, LLC ("TFS") hereby provides

18  supplemental responses to plaintiff Rodney Mott's ("Mott" or "Plaintiff") First Set

19  of Requests for Production of Documents.

20  **PRELIMINARY STATEMENT**

21  TFS has not fully completed its investigation of the facts relating to this case,

22  its discovery in this action, and its preparation for trial.  All of the responses are

23  based only upon such information and documents that presently are available to and

24  specifically known to TFS, which discloses only those contentions that presently

25  occur to such responding party.  It is anticipated that further discovery, independent

26  investigation, legal research and analysis will supply additional facts, add meaning

27  to the known facts, as well as establish entirely new factual conclusions and legal

28  contentions, all of which may lead to substantial additions to, changes in and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2

- 7 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1  variations from the contentions set forth.  Similarly, further discovery and

2  investigation may uncover certain privileged documents falling within the

3  categories of production sought by Plaintiff.  Therefore, the following responses are

4  given without prejudice to TFS' right to refuse to produce privileged documents

5  later discovered and, conversely, TFS' right to produce subsequently discovered

6  documents.  Additionally, the following responses are given without prejudice to

7  TFS' right to produce evidence of any subsequently discovered fact, or facts that

8  TFS may later recall.  TFS accordingly reserves the right to change any and all

9  responses as additional facts are ascertained, analyses are made, legal research is

10  completed and contentions are made.

11      TFS reserves all objections as to the competency, relevance, materiality,

12  privilege or admissibility of evidence in any subsequent proceeding and/or trial of

13  this or any other action for any purpose whatsoever of these responses and any

14  document or thing identified or provided in response to Plaintiff's requests for

15  production.

16      Subject to, and without waiving the foregoing objections, TFS responds:

17  **REQUEST FOR PRODUCTION NO. 2:**

18      Please produce all of the policies and procedures for conducting due

19  diligence You employ prior to acquiring second deeds of trust and corresponding

20  loan notes for investment purposes, from January 1, 2015 to the present.

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

22      TFS objects to this request on the grounds that it is overbroad, that the term

23  "due diligence" is undefined and ambiguous, that it seeks private information, and

24  that it seeks the production of documents that are not relevant to the subject matter

25  of this litigation and unlikely to lead to the discovery of admissible evidence.

26  Subject to these objections, TFS responds: TFS does not have any responsive

27  documents within its custody, possession, or control.

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2                    - 8 -                    SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all documents in Your possession, custody, or control related to Plaintiff's Loan from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

TFS objects to this request on the grounds that the definition of the term "related" is overbroad and ambiguous and that, as defined, seeks information protected from disclosure by the attorney-client privilege and work product doctrine.  Subject to these objections, TFS has produced the documents within its possession, custody, or control pertaining to Mott's loan.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all documents reflecting communications between You and Dreambuilder Investments, LLC regarding Plaintiff from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Other than the goodbye letter from Dreambuilder Investments, LLC, previously produced, TFS has made a diligent search for the requested documents, but has been unable to locate any responsive documents within its possession, custody, or control.  Discovery is continuing.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents reflecting communications between You and Trojan regarding Plaintiff from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

In addition to the RESPA Hello and Goodbye Letters previously produced, TFS will produce a copy of its August 15, 2015 contract that shows the names of the parties to that contract.  TFS has made a diligent search for additional requested documents, but has been unable to locate any such documents within its possession, custody, or control.  Discovery is continuing.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2

- 9 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1   **REQUEST FOR PRODUCTION NO. 7:**

2        Please produce all documents reflecting communications between You and

3   Plaintiff from January 1, 2015 to the present.

4   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

5        Other than the documents previously produced, TFS, after a diligent search,

6   has not located any additional responsive documents.

7   **REQUEST FOR PRODUCTION NO. 8:**

8        Please produce all documents reflecting communications with CRAs related

9   to Plaintiff between January 1, 2015 and the present.  You may omit from Your

10  answer any periodic Metro tape data You submitted to CRAs as part of Your

11  regular reporting.  You may also omit any Consumer Report requested in

12  connection with Request No. 9.  Finally, as applicable to communications with

13  Experian and Trans Union, You may omit the operative written agreements

14  requested in connection with Request Nos. 12 and 13.

15  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

16       TFS objects to this request on the grounds that it is overbroad, ambiguous,

17  and unintelligible.  Subject to these objections, TFS previously produced the credit

18  reports with respect to Mott within its possession, custody, or control.

19  **REQUEST FOR PRODUCTION NO. 9:**

20       Please produce all Consumer Reports You procured from CRAs related to

21  the Plaintiff from January 1, 2015 to the present.

22  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

23       TFS has produced all credit reports with respect to Mott within its

24  possession, custody, or control.

25  **REQUEST FOR PRODUCTION NO. 10:**

26       Please produce all Consumer Reports You procured from Trinity Recovery

27  from January 1, 2015 to the present.

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2                - 10 -                SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

TFS objects to this request on the grounds that it is overbroad, seeks private information, and seeks the production of documents that are not relevant to the subject matter of this litigation and unlikely to lead to the discovery of admissible evidence.  Subject to these objections, TFS responds: TFS has produced all credit reports with respect to Mott within its possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all Consumer Reports You procured from Credco from January 1, 2015 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

TFS objects to this request on the grounds that it is overbroad, seeks private information, and seeks the production of documents that are not relevant to the subject matter of this litigation and unlikely to lead to the discovery of admissible evidence.  TFS has produced all credit reports with respect to Mott within its possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all operative written agreements between You and Trans Union related to Your access of Consumer Reports from Trans Union, between January 1, 2015 and the present, as well as any attachments or schedules which identify the specific permissible purposes through which You may access consumer reports from Trans Union, or a general description of Your business practices which You provided to Trans Union to ensure the same.  If the operative written agreement was executed prior to January 1, 2015, please produce that agreement.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

TFS objects to this request on the grounds that it is overbroad, seeks private information, and seeks the production of documents that are not relevant to the subject matter of this litigation and unlikely to lead to the discovery of admissible evidence.  Subject to these objections, TFS responds:  TFS will produce its master

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2

- 11 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1  agreement with Trans Union.  Discovery is continuing.

2  **REQUEST FOR PRODUCTION NO. 13:**

3  Please produce all operative written agreements between You and Experian

4  related to Your access of Consumer Reports from Experian, between January 1,

5  2015 and the present, as well as any attachments or schedules which identify the

6  specific permissible purposes through which You may access consumer reports

7  from Experian, or a general description of Your business practices which You

8  provided to Trans Union to ensure the same.  This Request applies regardless

9  whether any such agreement is entitled a "subscriber agreement" or otherwise. If

10  the operative written agreement was executed prior to January 1, 2015, please

11  produce specify the same.

12  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

13  TFS objects to this request on the grounds that it is overbroad, seeks private

14  information, and seeks the production of documents that are not relevant to the

15  subject matter of this litigation and unlikely to lead to the discovery of admissible

16  evidence.  TFS has made a diligent search for the requested documents, but has

17  been unable to locate any responsive documents within its possession, custody, or

18  control.  Discovery is continuing.

19  **REQUEST FOR PRODUCTION NO. 14:**

20  Please produce all copies of Your policies and procedures for ensuring You

21  have a permissible purpose prior to accessing a Consumer's Consumer Report from

22  a CRA between January 1, 2015 and the present.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

24  TFS objects to this request on the grounds that it is overbroad, seeks private

25  information, and seeks the production of documents that are not relevant to the

26  subject matter of this litigation and unlikely to lead to the discovery of admissible

27  evidence.  Subject to these objections, TFS responds:  TFS has produced its policies

28  and procedures regarding consumer reports.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

LA #4830-9501-8073 v2

- 12 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1    Dated:  January 25, 2018                    BURKE, WILLIAMS & SORENSEN,
                                                 LLP
2

3

4                                                By: _____
                                                     Allan E. Ceran
5

6                                                Michael R. Brooks
                                                 KOLESAR & LEATHAM
7                                                400 S. Rampart Blvd., Suite 400
                                                 Las Vegas, NV  89145
8
                                                 Attorneys for Defendants
9                                                TRINITY FINANCIAL SERVICES,
                                                 LLC and TRINITY RECOVERY
10                                               SERVICES, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4830-9501-8073 v2                     - 13 -

SUPPLEMENTAL RESPONSES TO FIRST
SET OF INTERROGATORIES AND FIRST
REQUESTS FOR PRODUCTION

1

## VERIFICATION

2    I have read the foregoing SUPPLEMENTAL RESPONSES OF
DEFENDANT TRINITY FINANCIAL SERVICES, LLC TO PLAINTIFF
3  RODNEY MOTT'S FIRST SET OF INTERROGATORIES AND FIRST SET OF
REQUESTS FOR PRODUCTION and know its contents.

4

5   ☐    I am a party to this action.  The matters stated in it are true of my own
knowledge except as to those matters which are stated on information
and belief, and as to those matters I believe them to be true.

6

7   ☒    I am an officer of Trinity Financial Services LLC, a party to this
action, and am authorized to make this verification for and on its
behalf, and I make this verification for that reason.  I have read the
8         foregoing document(s).  I am informed and believe and on that ground
allege that the matters stated in it are true.

9

10  ☐    I am one of the attorneys of record for _____, a party to
this action.  Such party is absent from the county in which I have my
office, and I make this verification for and on behalf of that party for
11        that reason.  I have read the foregoing document(s).  I am informed
and believe and on that ground allege that the matters stated in it are
12        true.

13

14    Executed at Newport Beach, California on January 25, 2018.

    I declare under penalty of perjury under the laws of the State of California
15  that the foregoing is true and correct.

16

17                                              DON A. MADDEN, III

18

19

20

21

22

23

24

25

26

27

28

LA #4847-4687-4458 v1

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

VERIFICATION

1

**PROOF OF SERVICE**

2

     I, Julie D. Anderson, declare:

3

     I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.  On January 25, 2018, I served a copy of the within document(s):

4

5

6

     **SUPPLEMENTAL RESPONSES OF DEFENDANT, TRINITY FINANCIAL SERVICES, LLC TO PLAINTIFF, RODNEY MOTT'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION**

7

8

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

9

10

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

11

12

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

13

14

15

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

16

17

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

18

*PLEASE SEE ATTACHED SERVICE LIST.*

19

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

21

22

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

Executed on January 25, 2018, at Los Angeles, California.

24

25

                             Julie D. Anderson

26

                             JULIE D. ANDERSON

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

LA #4835-6683-8869 v1

PROOF OF SERVICE

**SERVICE LIST**
*Rodney Mott v. Trinity Financial Services, LLC, et al.*
*United States District Court, District of Nevada, Case No. 2:17-cv-01754-RFB-GWF*

| | |
|---|---|
| Matthew I. Knepper, Esq. | *Attorneys for Plaintiff* |
| Miles N. Clark, Esq. | Rodney Mott |
| Knepper & Clark LLC | |
| 10040 W. Cheyenne Ave., Suite 1;70-109 | |
| Las Vegas, NV 89129 | |
| Tel: (702) 825-6060 | |
| Fax: (702) 447-8048 | |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |

| | |
|---|---|
| David H. Krieger, Esq. | *Co-Counsel for Plaintiff* |
| Haines & Krieger, LLC | Rodney Mott |
| 8985 S. Eastern Ave., Suite 350 | |
| Henderson, NV 89123 | |
| Tel: (702) 880-5554 | |
| Fax: (702) 385-5518 | |
| Email: dkrieger@hainesandkrieger.com | |