## **EXHIBIT B-3**

**July 10, 2018 Declaration from CoreLogic's Custodian of Records**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT, <br><br> Plaintiff. <br><br> v. <br><br> TRINITY FINANCIAL SERVICES, LLC; and TRINITY RECOVERY SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01754-RFB-GWF <br><br> **DECLARATION OF NON-PARTY CORELOGIC CREDCO, LLC'S CUSTODIAN OF RECORDS** |

# DECLARATION OF MERCEDES VELA

I, Mercedes Vela, declare as follows:

1. I am employed by non-party CoreLogic Credco, LLC ("Credco") as Senior Leader, Consumer Reporting, and I am a duly authorized custodian of Credco's records identified below. I have personal knowledge of the facts described herein and could and would testify competently thereto if called upon to do so.

2. I have read the business records and deposition subpoenas served on Credco's registered agent by counsel for Plaintiff Rodney Mott ("Plaintiff") on or about May 17, 2018 in the above-captioned matter (the "Subpoenas").

3. Following Credco's receipt of the Subpoenas, I made and caused to be made a diligent search for all such records sought by Plaintiff in connection with the Subpoenas.

4. On or about June 29, 2018, in response to the Subpoenas, Credco produced to Plaintiff's counsel a collection of documents bearing Bates numbers CORELOGIC000001 through CORELOGIC000735. Aside from limited redactions intended to preserve the confidentiality of sensitive information, the referenced production consisted of true and correct copies of documents created and maintained in Credco's regular course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of July 2018 at San Diego, California.

_____
Mercedes Vela