## **EXHIBIT B-14**

**July 10, 2018 Declaration from Dreambuilder Investment LLC's Custodian of Records**

## CERTIFICATION OF CUSTODIAN OF RECORDS

I, PETER ANDREWS, declare under penalty of perjury the following:

1. That the deponent **Peter Andrews** and in such capacity is the custodian of the records of the office or institution (**DREAMBUILDER INVESTMENTS, LLC**).

2. The deponent received a request for records in connection with the above entitled cause calling for the production of records pertaining to **RODNEY MOTT**.

3. That the deponent has examined the original of those records bates-stamped DBI000001 through DBI001176 and has made a true and exact copy of the requested portion of the record and that the reproduction of them attached hereto is true and complete, up to, but not including sensitive information. If this type of information is required, a special authorization will be necessary. The individual in question would need to sign a special authorization.

4. That the original of those records was made at or near the time of the acts, events, conditions, opinions or diagnoses recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent or the office or institution in which the deponent is engaged.

I declare under penalty of perjury under 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed: July 10, 2018

DREAMBUILDER INVESTMENTS LLC

By: *Peter J. Andrews*
    Peter J. Andrews (Jul 10, 2018)
PETER ANDREWS, Custodian of Records



# Certification

Adobe Sign Document History                                    07/10/2018

| | |
|---|---|
| Created: | 07/10/2018 |
| By: | Richard Gora (rich@goralaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq8Kzrb76mQgp5bRYfMdYL6c0osFWzdq- |

## "Certification" History

- Document created by Richard Gora (rich@goralaw.com)
  07/10/2018 - 10:40:02 AM PDT- IP address: 24.151.98.41

- Document emailed to Peter J. Andrews (pandrews@dreambuilder.net) for signature
  07/10/2018 - 10:40:20 AM PDT

- Document viewed by Peter J. Andrews (pandrews@dreambuilder.net)
  07/10/2018 - 10:55:50 AM PDT- IP address: 67.245.158.124

- Document e-signed by Peter J. Andrews (pandrews@dreambuilder.net)
  Signature Date: 07/10/2018 - 10:56:47 AM PDT - Time Source: server- IP address: 67.245.158.124

- Signed document emailed to Richard Gora (rich@goralaw.com) and Peter J. Andrews (pandrews@dreambuilder.net)
  07/10/2018 - 10:56:47 AM PDT

Adobe Sign