# EXHIBIT B-15

## Excerpts of Record Return from Dreambuilder: May 13, 2015 Agreement Between Trinity Financial and Stelis

**(sealed; redacted in original)**