Richard J. Reynolds (SBN 11864)
E-mail: rreynolds@bwslaw.com
Allan E. Ceran (admitted pro hac vice)
E-mail: aceran@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363    Fax: 949.863.3350

Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@klnevada.com
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800    Fax: 702.362.9472

Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC and
TRINITY RECOVERY SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRINITY FINANCIAL SERVICES, LLC, AND TRINITY RECOVERY SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-01754-RFB-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS AND MOTION FOR PARTIAL SUMMARY JUDGMENT; ORDER [PROPOSED] THEREON**<br><br>**(FIRST REQUEST)** |

On August 10, 2018, plaintiff Rodney Mott ("Plaintiff") filed a motion for terminating sanctions and a motion for partial summary judgment. Currently, defendants Trinity Financial Services, LLC and Trinity Recovery Services, LLC (collectively, "Defendants") must respond to Plaintiff's motion for terminating sanctions on or before August 24, 2018 and to Plaintiff's motion for partial summary judgment on or before August 31, 2018.

Pursuant to LR 6-1 and LR 7-2, Plaintiff and Defendants, by and through their respective

counsel of record, hereby stipulate and request that this Court (1) extend to and including September 7, 2018 the time by which Defendants must respond to Plaintiff's motion for terminating sanctions and (2) extend to and including September 14, 2018 the time by which Defendants must respond to Plaintiff's motion for partial summary judgment.

There is good cause for the requested extension. The parties are discussing a potential settlement of this matter and believe that it would be in the interest of justice and more efficient to devote their time during the upcoming weeks on efforts to settle this matter rather than expending time and money preparing responses and replies to the pending motions.

**IT IS SO STIPULATED.**
Dated August 17, 2018

| /s/ *Miles N. Clark* | /s/ *Michael R. Brooks* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Michael R. Brooks, Esq.<br>Nevada Bar No. 7287<br>KOLESAR & LEATHAM<br>400 S. Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>Email: mbrooks@klnevada.com<br><br>Richard J. Reynolds, Esq.<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705, CA 92705<br>Email: rreynolds@bwslaw.com<br>*Counsel for Defendants*<br>*Trinity Financial Services, LLC and Trinity Recovery Services, LLC* |

**ORDER**
**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
RICHARD F. BOULWARE, II
United States District Court