Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MOTT, <br><br> Plaintiff, <br><br> vs. <br><br> TRINITY FINANCIAL SERVICES, LLC; and TRINITY RECOVERY SERVICES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01754-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGEMNT; MOTION FOR SANCTIONS AND RE-URGED (SECOND) MOTION TO STRIKE** <br><br> **[FIRST REQUEST]** |

Plaintiff Rodney Mott ("Plaintiff"), by and through his counsel of record, and Defendants Trinity Financial Services, LLC; and Trinity Recovery Services, LLC (collectively, "Defendants") have agreed and stipulated to the following:

1. On August 14, 2019, Plaintiff filed a Motion For Leave To Submit Supplemental Motion For Summary Judgment Pursuant To ECF No. 45 [ECF Dkt. 60].

2. On August 14, 2019, Plaintiff filed a Motion Request For Sanctions [ECF Dkt. 61].

3. On August 14, 2109, Plaintiff filed a Re-Urged Motion To Strike [ECF Dkt. 62].

4. On August 30, 2019, Defendants filed their Responses to all of Plaintiff's Motions [ECF Dkt.65].

5. Plaintiff's Reply deadline is due September 6, 2019.

6. Plaintiff and Defendants have agreed to extend Plaintiff's response three days in order for Plaintiff to further evaluate the arguments made in Defendants' response. As a result, both Plaintiff and Defendants hereby request this Court to further extend the date for Plaintiff to file his Replies in Support of his *Motion For Leave To Submit Supplemental Motion For Summary Judgment Pursuant to ECF No. 45; Motion for Sanctions*; and *Re-Urged (Second) Motion to Strike* until **September 9, 2019**.

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGEMNT; MOTION FOR SANCTIONS AND RE-URGED (SECOND) MOTION TO STRIKE [FIRST REQUEST] - 2

7. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated September 5, 2019.

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Michael R. Brooks* |
| Matthew I. Knepper, Esq. | Michael R. Brooks, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 7287 |
| Miles N. Clark, Esq. | Matthew D. Whittaker, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13281 |
| KNEPPER & CLARK LLC | KOLESAR AND LEATHAM |
| Email: matthew.knepper@knepperclark.com | 400 S. Rampart Boulevard, Suite 400 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89145 |
| | Email: mbrooks@klnevada.com |
| David H. Krieger, Esq. | Email: mwhittaker@klnevada.com |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | *Counsel for Defendants Trinity Financial* |
| Email: dkrieger@hainesandkrieger.com | *Services, LLC and Trinity Recovery Services,* |
| *Counsel for Plaintiff* | *LLC* |

*Mott v. Trinity Financial Services, LLC et al*
*2:17-cv-01754-RFB-EJY*

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLIES IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGEMNT; MOTION FOR SANCTIONS AND RE-URGED (SECOND) MOTION TO STRIKE**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2019