AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Rodney Mott

           Plaintiff,

v.

Trinity Financial Services, LLC, et al.,

           Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-01754-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's order, Plaintif is granted attorneys fees in the amount of $82,740 and costs in the amount of $6,390.87. Defendants shall disburse the amount awarded within fourteen (14) days of the date of the order.

5/22/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk